| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re:

Regina Asmar

CASE NO.:

CHAPTER: Chapter 7

**DECLARATION BY DEBTOR(S)
AS TO WHETHER INCOME WAS RECEIVED
FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION
DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s).

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date ( *Check only ONE box below* ):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 02/20/2024        Regina Asmar                  /s/ Regina Asmar
                        Printed name of Debtor 1      Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____        _____        _____
                     Printed name of Debtor 2         Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                              F 1002-1.EMP.INCOME.DEC

# gusto

# Earnings Statement

Pay period: Jan 29, 2024 - Feb 11, 2024 Pay Day: Feb 16, 2024
Checking Account ( . . . 3178): $1,178.05

**Company**
Limitless Church
750 Erbes Road
Thousand Oaks, CA 91362
805-793-0222

**Employee**
Regina Asmar
XXX-XX-2762
3535 Delilah St
Simi Valley, CA 93063

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Hourly | $35.00 | 42.75 | $1,496.25 | $3,246.25 |
| **Totals** | | **42.75** | **$1,496.25** | **$3,246.25** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $172.27 | $317.69 |
| Social Security | $92.77 | $201.27 |
| Medicare | $21.69 | $47.07 |
| CA State Income Tax | $31.47 | $54.08 |
| CA SDI | $0.00 | $19.26 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $92.77 | $201.27 |
| Medicare | $21.69 | $47.07 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,496.25 | $3,246.25 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $318.20 | $639.37 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,178.05 | $2,606.88 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,178.05 | $2,606.88 |
| Total Hours Worked | 42.75 | 92.75 |

# gusto

# Earnings Statement

| Company | Employee |
|---|---|
| $i5 itlemmChurch<br>794 l r6ems oad<br>Ehoumand Rakm, CA T23O0<br>b49F7T3F4000 | s egina An5 ar<br>XXXFXXF07O0<br>3939 1 elilah St<br>Si5 i Valley, CA T34O8 |

Pay period: Jan 29, 040- FJan 0b, 040- Pay 1 ay: De6 0, 040-
Checking Account ( . . . 327b8 ) 2,432.47

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---:|---:|---:|---:|
| s egular Hourm\| Hourly | ) 39.44 | 37.4 | ) 2,0T9.44 | ) 2,794.44 |
| Totals | | 37.0 | $1,295.00 | $1,750.00 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---:|---:|
| DederaLInco5 e Eax | ) 20b.44 | ) 2- 9.- 0 |
| SociaLSecurity | ) b4.0T | ) 24b.94 |
| Medicare | ) 2b.7b | ) 09.3b |
| CA State Inco5 e Eax | ) 00.O2 | ) 00.O2 |
| CA S1 l | ) 2- .09 | ) 2T.0O |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---:|---:|
| SociaLSecurity | ) b4.0T | ) 24b.94 |
| Medicare | ) 2b.7b | ) 09.3b |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---:|---:|
| None | – | ) 4.44 | ) 4.44 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---:|---:|
| None | – | ) 4.44 | ) 4.44 |

**Summary**

| Description | Current | Year To Date |
|---|---:|---:|
| Gromml_arningm | ) 2,0T9.44 | ) 2,794.44 |
| PrefEax 1 eductionm/Contri6utionm | ) 4.44 | ) 4.44 |
| Eaxem | ) 0O8.T3 | ) 302.27 |
| PomtFEax 1 eductionm/Contri6utionm | ) 4.44 | ) 4.44 |
| Net Pay | ) 2,432.47 | ) 2,- 0b.b3 |
| EotaLs ei5 6urme5 entm | ) 4.44 | ) 4.44 |
| Check A5 ount | ) 2,432.47 | ) 2,- 0b.b3 |
| EotaLHourmWorked | 37.4 | 94.4 |

# gusto

# Earnings Statement

Pay period: Off-Cycle Payroll
Jan 1, 2024 - Jan 14, 2024 Pay Day: Jan 19, 2024 Check: $397.76

**Company**
Limitless Church
750 Erbes Road
Thousand Oaks, CA 91362
805-793-0222

**Employee**
Regina Asmar
XXX-XX-2762
3535 Delilah St
Simi Valley, CA 93063

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Hourly | $35.00 | 13.0 | $455.00 | $455.00 |
| Totals | | 13.0 | **$455.00** | **$455.00** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $17.42 | $17.42 |
| Social Security | $28.21 | $28.21 |
| Medicare | $6.60 | $6.60 |
| CA SDI | $5.01 | $5.01 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $28.21 | $28.21 |
| Medicare | $6.60 | $6.60 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $455.00 | $455.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $57.24 | $57.24 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $397.76 | $397.76 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $397.76 | $397.76 |
| Total Hours Worked | 13.0 | 13.0 |

# gusto

# Earnings Statement

Pay period: Dec 4, 2023 - Dec 17, 2023 Pay Day: Dec 22, 2023
Checking Account ( . . . 3178): $732.38

**Company**
Limitless Church
750 Erbes Road
Thousand Oaks, CA 91362
805-793-0222

**Employee**
Regina Asmar
XXX-XX-2762
3535 Delilah St
Simi Valley, CA 93063

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---:|---:|---:|---:|
| Regular Hours \| Academy Administrator | $35.00 | 19.0 | $665.00 | $5,005.00 |
| Regular Hours \| Aide | $25.00 | 9.0 | $225.00 | $225.00 |
| Additional Earnings | | | $0.00 | $5.00 |
| Totals | | 28.0 | $890.00 | $5,235.00 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---:|---:|
| Federal Income Tax | $70.61 | $375.33 |
| Social Security | $55.18 | $324.57 |
| Medicare | $12.91 | $75.91 |
| CA State Income Tax | $10.91 | $50.15 |
| CA SDI | $8.01 | $47.14 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---:|---:|
| Social Security | $55.18 | $324.57 |
| Medicare | $12.91 | $75.91 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---:|---:|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---:|---:|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---:|---:|
| Gross Earnings | $890.00 | $5,235.00 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $157.62 | $873.10 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $732.38 | $4,361.90 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $732.38 | $4,361.90 |
| Total Hours Worked | 28.0 | 152.0 |

† Overtime calculations for multiple pay rates are complex. You can learn more about how Gusto calculates overtime at
https://support.gusto.com/hc/en-us/articles/215885327