Certificate Number: 14912-CAC-DE-038336521

Bankruptcy Case Number: 24-10185



14912-CAC-DE-038336521

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 1, 2024, at 5:34 o'clock PM EDT, Regina Renes completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   April 1, 2024                    By:    /s/Jai Bhatt

                                         Name:  Jai Bhatt

                                         Title: Counselor